EAN VIZZI, SBN 209444
PIER 5 LAW OFFICES
506 Broadway
San Francisco, California 94133
Tel: 415-986-5591
Fax: 415-421-1331

Attorney for Defendant
ANTHONY NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 05-491 VRW |
| v. | STIPULATION AND ORDER ALLOWING TRAVEL |
| ANTHONY NGUYEN, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant ANTHONY NGUYEN may travel outside the Northern District of California, from March 1 through March 5, 2006, to Hawaii. Prior to travel, defendant ANTHONY NGUYEN agrees to provide Pretrial Services with his travel itinerary and other travel information as requested by Pretrial Services.

Pretrial Services Officer Laura Weigel advised that she has no objection to the requested travel plans, under the conditions proposed herein.

/s/ EAN VIZZI
EAN VIZZI
Attorney for Defendant

/s/ LAUREL BEELER
LAUREL BEELER
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: Feb 06

BERNARD ZIMMERMAN
U.S. Magistrate Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331