1  EAN VIZZI, SBN 209444
   PIER 5 LAW OFFICES
2  506 Broadway
   San Francisco, California 94133
3  Tel: 415-986-5591
   Fax: 415-421-1331
4
   Attorney for Defendant
5  ANTHONY NGUYEN

6

*E-filing*

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,

11         Plaintiff,                    CR 05-491 VRW

12    v.                                 STIPULATION AND ORDER
                                         ALLOWING TRAVEL
13 ANTHONY NGUYEN,

14         Defendant.
   _____/
15

16    THE PARTIES HEREBY STIPULATE AND AGREE that defendant ANTHONY

17 NGUYEN may travel outside the Northern District of California, from March 1 through March

18 5, 2006, to Hawaii.  Prior to travel, defendant ANTHONY NGUYEN agrees to provide Pretrial

19 Services with his travel itinerary and other travel information as requested by Pretrial Services.

20    Pretrial Services Officer Laura Weigel advised that she has no objection to the requested

21 travel plans, under the conditions proposed herein.

22

23  /s/ EAN VIZZI                        /s/ LAUREL BEELER
    EAN VIZZI                            LAUREL BEELER
24  Attorney for Defendant               Assistant U.S. Attorney

25
    **IT IS SO ORDERED.**
26
    Dated: Feb 06
27

28                                       BERNARD ZIMMERMAN
                                         U.S. Magistrate Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331