UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY NGUYEN,<br><br>    Defendant.<br>_____/ | CR 05-491 VRW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA, AND CHANGE OF RESIDENCE |

    THE PARTIES HEREBY STIPULATE AND AGREE that defendant ANTHONY NGUYEN may travel outside the Northern District of California, from December 15 through December 18, 2006, to Las Vegas, Nevada. Prior to travel, defendant ANTHONY NGUYEN agrees to provide Pretrial Services with his travel itinerary and other travel information as requested by Pretrial Services.

    THE PARTIES FURTHER STIPULATE AND AGREE that defendant ANTHONY NGUYEN may move to a new residence located at 35073 11th St., Union City, California 94587. All other conditions of pretrial release shall remain in effect as described in the bond securing defendant's release in this matter.

    Pretrial Services Officer Laura Weigel advised that she has no objection to both the requested travel plans and the requested change of address, under the conditions proposed herein.

    /s/ EAN VIZZI                                  /s/ LAUREL BEELER
EAN VIZZI                                         LAUREL BEELER
Attorney for Defendant ANTHONY NGUYEN    Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: Nov. 21, 2006

GRANTED
Judge Vaughn R Walker

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331